# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AR DESIGN INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANG & OLUFSEON A/S<br><br>    Defendant. | Civil Action No. 2:24-cv-01055-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DANIELLE DE LA PAZ ON BEHALF OF PLAINTIFF AR DESIGN INNOVATIONS LLC

Plaintiff AR Design Innovations LLC hereby gives notice to this Honorable Court and all parties that the undersigned attorney, Danielle De La Paz of Rozier Hardt McDonough PLLC, is entering an appearance in this matter for said Plaintiff. Plaintiff requests the Court and all parties to copy this counsel on all filings, motions and other matters relating to this case listed below.

Date: <u>February 26, 2025</u>                              Respectfully submitted,

<u>/s/ Danielle De La Paz</u>

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
Danielle De La Paz (TX 24130716)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Telephone: (737) 304-8481
Email: hardt@rhmtrial.com
Email: danielle@rhmtrial.com

C. Matthew Rozier (CO 46854)
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

*Attorneys for Plaintiff AR DESIGN INNOVATIONS LLC*

\* Admitted to the Eastern District of Texas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: <u>February 26, 2025</u>

By: <u>/s/ Danielle De La Paz</u>
Danielle De La Paz