EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AR DESIGN INNOVATIONS LLC
Plaintiff

v.                                          Civ. No. 2:24-cv-01055-JRG

BANG & OLUFSEN A/S
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Defendant Bang & Olufsen A/S

Date Party's answer was previously due: 02/28/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 04/14/2025

Date: 03/28/2025        /s/ /s/C. Matthew Rozier
                        Full Name: C. Matthew Rozier
                        State Bar No.: CO 46854
                        Address: 1500 K Street, 2nd Floor
                                 Washington, District of Columbia 20005

                        Phone: (404) 779-5305; (202) 316-1591
                        Fax:
                        Email: matt@rhmtrial.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)